## IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
## FIRST JUDICIAL DISTRICT

**ROBIN ANN ANDERSON**                                              **PLAINTIFF**

**VS.**                                               CAUSE NO.: A2401-2021-77

**U.S. XPRESS, INC., AND,**
**JEAN N. NELSON**                                                **DEFENDANTS**

### COMPLAINT

1. On Monday, July 8, 2019, at about 4:22 P.M., on I-10 westbound near the 34th mile marker in Harrison County, Mississippi, Defendant Jean N. Nelson of Jacksonville, Florida, was traveling west on I-10 when he made an improper lane change from the middle lane into the right most westbound lane and struck a car driven by Plaintiff Robin Ann Anderson.

2. The impact caused significant damage to the left rear of Anderson's car and very serious injuries to Anderson resulting in an ongoing aggravation of a previous back condition that resulted in surgery on her neck in 2019 and for which she may need another. She also has endured injuries to her back and being sore all over immediately after the wreck.

3. The 18-wheeler driven by Nelson was owned by U.S. Xpress, Inc. (Xpress).

4. Nelson was in the course and scope of his employment or engaged in a joint venture with Xpress such that by way of *respondeat superior* Xpress is liable for its driver's negligence.

5. Xpress is also liable for its own acts and omissions, which were proximate cause of this wreck.

6. Specifically, Defendants, individually and collectively, are liable for these losses that were caused:

    a. By violating Miss. Code Ann. § 63-3-609, which states that the following rules shall govern the overtaking and passing of vehicles proceeding in the same direction and in pertinent part: that the driver of a vehicle overtaking another vehicle proceeding in the same direction shall pass to the left thereof at a safe distance and shall not again drive to the right side of the roadway until safely clear of the overtaken vehicle.

**FILED**
**MAR 25 2021**
**CONNIE LADNER, CIRCUIT CLERK**
**BY: [signature] D.C.**

    b. In failing to maintain control of his vehicle in the proper lane of travel in violation of Miss. Code Ann. § 63-3-601, *et. seq.*

    c. In violating Miss. Code Ann. § 63-3-603 in failing to abide the Rules of the Road for proper use of lanes which states in pertinent part that vehicles shall be driven as nearly as practical entirely within a single lane and shall not be moved from such lane until the driver has first ascertained that such movement can be made with safety.

    d. In violating Miss. Code Ann. § 63-3-1213 in operating her vehicle in a careless and imprudent manner without due regard for the width, grade, curves, corner, traffic and use of streets and highways and all other attendant circumstances;

    e. In driving a vehicle with reckless disregard for the safety of the plaintiff and the motoring public in violation of Miss. Code Ann. Sec. 63-3-1201, et seq.;

    f. By failing to maintain reasonable and proper control of the vehicle;

    g. In operating the vehicle in a grossly negligent manner with reckless disregard for the safety of the plaintiff;

    h. By failing to see what should have been seen;

    i. By failing to keep a proper lookout;

    j. By violating the absolute duty to have his car under proper control, to be on the alert on the highway, and avoid striking plain objects;

    k. All other acts of negligence and/or gross negligence which were the cause of the collision sued upon and will be made known during litigation and/or shown at the trial of this matter, all of which are hereby incorporated herein as a matter of law pursuant to Miss. R. Civ. P., Rule 15(b).

7. Further, Xpress failed to adequately screen Nelson as to his qualifications when and after he was hired, failed to properly train him, failed to adopt safety policies to ensure its driver remained qualified to operate commercial vehicles, failed to ensure that he was working a safe work schedule allowing for adequate rest, failed to properly supervise, and set appropriate expectations for him, and all other acts of negligence the evidence shows.

8. Therefore, Anderson seeks a jury trial to assess fault and determine her damages caused by this wreck. Anderson has sustained economic damages such as but not limited to bills for treatment and lost income as well as damages for other losses.

9. Other losses include but are not limited to losses for the type and duration of her injuries, which are likely to be permanent; physical pain and suffering including loss of enjoyment of life, fear for the consequences of the injuries, mental and emotional anguish and distress and all damages that may accrue prior to trial or in the future.

10. Venue and jurisdiction are proper in this Court.

11. Plaintiff Anderson is a Pearl River County adult-resident.

12. Defendant Nelson is an adult resident of Jacksonville, Florida, and may be served process pursuant to Mississippi law.

13. Xpress is a foreign corporation who may be served process upon its registered agent, Corporation Service Company, 2908 Poston Ave., Nashville, TN 37203.

14. Plaintiff requests and is entitled to a jury trial.

**RESPECTFULLY SUBMITTED**, this the 23rd day of March, 2021.

**MORRIS BART, LTD.**
**1712 15TH STREET, SUITE 300**
**GULFPORT, MS**
**(228) 276-0302, Telephone**
**(866) 605-9303, Fax**

BY: _____
JASON RUIZ, MSB # 101768

# COVER SHEET
## Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court — Form AOC/01
Administrative Office of Courts — (Rev 2020)

**Court Identification Docket #:** 24 1 CV — **Judicial Year:** 2 0 21 — **Docket Number:** 0 0 0 1 3

**County #:** 24 **Judicial District:** 1 **Court ID (CH, CY, CO):** CV

**Month/Day/Year:** 03/25/21

In the **CIRCUIT** Court of **HARRISON** County — **FIRST** Judicial District

### Origin of Suit (Place an "X" in one box only)
- [X] Initial Filing
- [ ] Reinstated
- [ ] Foreign Judgment Enrolled
- [ ] Transfer from Other court
- [ ] Other
- [ ] Remanded
- [ ] Reopened
- [ ] Joining Suit/Action
- [ ] Appeal

### Plaintiff
**Individual:** Last Name: Anderson — First Name: Robin

**Address of Plaintiff:** 265 Hickory Nut Road Lot A Picayune, MS 39466

**Attorney (Name & Address):** Jason Ruiz, Morris Bart LTD 1712 15th St Ste 300, Gulfport MS 39501 — **MS Bar No.** 101768

### Defendant
**Business:** U.S. XPress, Inc. (A Nevada Corporation) 4080 Jenkins Rd. Chattanooga, TN 37421-1174

### Nature of Suit (Place an "X" in one box only)

**Domestic Relations:**
- [ ] Child Custody/Visitation
- [ ] Child Support
- [ ] Contempt
- [ ] Divorce: Fault
- [ ] Divorce: Irreconcilable Diff.
- [ ] Domestic Abuse
- [ ] Emancipation
- [ ] Modification
- [ ] Paternity
- [ ] Property Division
- [ ] Separate Maintenance
- [ ] Term. of Parental Rights-Chancery
- [ ] UIFSA (eff 7/1/97; formerly URESA)
- [ ] Other

**Appeals:**
- [ ] Administrative Agency
- [ ] County Court
- [ ] Hardship Petition (Driver License)
- [ ] Justice Court
- [ ] MS Dept Employment Security
- [ ] Municipal Court
- [ ] Other

**Business/Commercial:**
- [ ] Accounting (Business)
- [ ] Business Dissolution
- [ ] Debt Collection
- [ ] Employment
- [ ] Foreign Judgment
- [ ] Garnishment
- [ ] Replevin
- [ ] Other

**Probate:**
- [ ] Accounting (Probate)
- [ ] Birth Certificate Correction
- [ ] Mental Health Commitment
- [ ] Conservatorship
- [ ] Guardianship
- [ ] Joint Conservatorship & Guardianship
- [ ] Heirship
- [ ] Intestate Estate
- [ ] Minor's Settlement
- [ ] Muniment of Title
- [ ] Name Change
- [ ] Testate Estate
- [ ] Alcohol/Drug Commitment (Involuntary)
- [ ] Alcohol/Drug Commitment (Voluntary)
- [ ] Other

**Children/Minors - Non-Domestic:**
- [ ] Adoption - Contested
- [ ] Adoption - Uncontested
- [ ] Consent to Abortion
- [ ] Minor Removal of Minority
- [ ] Other

**Civil Rights:**
- [ ] Elections
- [ ] Expungement
- [ ] Habeas Corpus
- [ ] Post Conviction Relief/Prisoner
- [ ] Other

**Contract:**
- [ ] Breach of Contract
- [ ] Installment Contract
- [ ] Insurance
- [ ] Specific Performance
- [ ] Other

**Statutes/Rules:**
- [ ] Bond Validation
- [ ] Civil Forfeiture
- [ ] Declaratory Judgment
- [ ] Injunction or Restraining Order
- [ ] Other

**Real Property:**
- [ ] Adverse Possession
- [ ] Ejectment
- [ ] Eminent Domain
- [ ] Eviction
- [ ] Judicial Foreclosure
- [ ] Lien Assertion
- [ ] Partition
- [ ] Tax Sale: Confirm/Cancel
- [ ] Title Boundary or Easement
- [ ] Other

**Torts:**
- [ ] Bad Faith
- [ ] Fraud
- [ ] Intentional Tort
- [ ] Loss of Consortium
- [ ] Malpractice - Legal
- [ ] Malpractice - Medical
- [ ] Mass Tort
- [ ] Negligence - General
- [X] Negligence - Motor Vehicle
- [ ] Premises Liability
- [ ] Product Liability
- [ ] Subrogation
- [ ] Wrongful Death
- [ ] Other

IN THE <u>CIRCUIT</u> ☒ COURT OF <u>HARRISON</u> ☒ COUNTY, MISSISSIPPI

<u>FIRST</u> ☒ JUDICIAL DISTRICT, CITY OF _____

Docket No. <u>A2401-2021-77</u> _____ Docket No. If Filed
      File Yr   Chronological No.   Clerk's Local ID   Prior to 1/1/94 _____

**DEFENDANTS IN REFERENCED CAUSE - Page 1 of ___ Defendants Pages
IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Defendant #2:**

**Individual:** <u>Nelson</u>    <u>Jean</u>    (_____) _____ _____
    Last Name      First Name      Maiden Name, if Applicable      Middle Init.      Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

   Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

   D/B/A _____

**Business** <u>ADDRESS OF DEFENDANT: 301 Caravan Cir., Apt 1703, Jacksonville, FL 32216</u>
    Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

   D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant #3:**

**Individual:** _____ _____ (_____) _____ _____
    Last Name      First Name      Maiden Name, if Applicable      Middle Init.      Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

   Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

   D/B/A _____

**Business** _____
    Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

   D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant #4:**

**Individual:** _____ _____ (_____) _____ _____
    Last Name      First Name      Maiden Name, if Applicable      Middle Init.      Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

   Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

   D/B/A _____

**Business** _____
    Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:

   D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

# MORRIS**BART**, LTD
### ATTORNEYS AT LAW

*Morris Bart, LA
Kenneth M. Altman, MS, LA, FL
Terry B. Loup, MS, LA, TX
Craig A. Gentry, MS, LA
Jason Ruiz, MS
Scott Bishop, MS
Susan Sanich, MS, AL
Ryan Canon, MS, AL
Melinda Parks, MS, AL
Lindsey Topp, MS, LA
Christopher Fitzgerald, MS
Andrew Reish, MS
Jessica Lennard, MS
Lauren Sullivan, MS, LA
Ida Henley, MS
Kanesha Johnson, MS
Brigg Austin, AL, MS
Mary Ashley Miller, MS
Bennett Rimmer, MS

1712 15th Street, Suite 300
Gulfport, Mississippi 39501-2140

Telephone 228.432.9000
Fax 228.865.7885


RECEIVED
3-25-2021

Writer's Direct Dial: (228) 276-0302
Writer's Direct Facsimile: (866) 605-9303
E-mail: JRuiz@MorrisBart.com

March 23, 2021

Ms. Connie Ladner
Harrison County Circuit Court - First Judicial District
PO Box 998
Gulfport, MS 39502

RE: Robin Ann Anderson v. U.S. Express, Inc., et al.
    In the Circuit Court of Harrison County, Mississippi,
    Cause No. _____ (TBD)

Dear Ms. Ladner:

Enclosed please find a Civil Cover Sheet, an original and one copy of the Summons, Return, and Complaint, in the above-referenced matter. I respectfully request that you file these documents with the court. In addition, please return a conformed copy of the filed Complaint to me in the self-addressed envelope I have enclosed. Also, please forward the original Summons and Return, and a service copy of the Complaint to my office so that service of process may be effected.

I am enclosing our firm's check in the amount of $166.00, made payable to the Clerk of Court to cover the cost of filing. I appreciate your patience and cooperation.

With kind regards, I remain

Very truly yours,

Jason Ruiz

OF COUNSEL
Beth Cocke, MS, TN
Mark Lumpkin, LA, MS
Carter Dobbs, III, MS
*Thelia Jean Eaby, LA

*not licensed to practice
in Mississippi

ADMINISTRATOR
Mark Duhon

Enclosures: Orig. & 1 copy of the Complaint
Orig. & 1 copy of Summons & Return for each defendant
Civil Cover Sheet

| New Orleans | Baton Rouge | Shreveport | Lafayette | Monroe | Alexandria |
|---|---|---|---|---|---|
| 504.525.8000 | 225.925.8000 | 318.222.9000 | 337.233.4200 | 318.807.1000 | 318.561.7700 |

| Lake Charles | Gulfport | Pascagoula | Hattiesburg | Mobile | |
|---|---|---|---|---|---|
| 337.477.4600 | 228.432.9000 | 228.762.4700 | 601.583.8000 | 251.433.2210 | |

| Birmingham | Huntsville | Montgomery | Little Rock | Texarkana | Toll Free |
|---|---|---|---|---|---|
| 205.251.6700 | | | 501.375.9300 | 870.772.4569 | 1.800.876.2244 |

www.morrisbart.com