IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ROBIN ANN ANDERSON                                      PLAINTIFF

VERSUS                      CIVIL ACTION NO. 1:21-cv-00147-TBM-RPM

U.S. XPRESS, INC.
AND JEAN N. NELSON                                  DEFENDANTS

## AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE came on for hearing this day upon the *ore tenus* Motion of the Plaintiff, ROBIN ANN ANDERSON ("Plaintiff"), and Defendants, U.S. XPRESS, INC and JEAN N. NELSON ("Defendants"), for dismissal of this cause of action with prejudice against Defendants. This Court is advised that these parties have agreed to an amicable resolution of this matter. This Court is further advised that Plaintiff no longer wishes to pursue this cause of action against Defendants in this action. Thus, this Court finds that the Motion is well taken and should be sustained. It is, therefore,

ORDERED AND ADJUDGED that this cause of action against U.S. XPRESS, INC and JEAN N. NELSON is hereby dismissed with prejudice, with each party to bear its costs of Court.

SO ORDERED AND ADJUDGED this the 9th day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE

Agreed to:

*/s/ Doug Bagwell*
Douglas Bagwell (MSB# 1682)
CARR ALLISON
1319 26th Avenue
Gulfport, MS 39501
PH: 228-864-1060
Email: dbagwell@carrallison.com

*/s/ Jason Ruiz*
Jason Ruiz, Esq. (MSB#101768)
MORRIS BART, LTD
1712 15th Street, Suite 300
Gulfport, MS 39501
PH: 228-276-0302
Email: jruiz@morrisbart.com